# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LEONA COLEMAN, | Civil No. 1:07-cv-0070-LMB |
| Plaintiff, | |
| vs. | ORDER FOR REMAND |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

Based on the Stipulation between the parties, it is hereby ORDERED that the above-captioned case be REMANDED to the Commissioner of Social Security for further administrative proceedings. 42 U.S.C. § 405(g) (sentence four). Upon remand, the ALJ shall: 1) update the medical record; 2) in particular, obtain a medical source statement and any additional progress notes from Dr. Roser; 3) reconsider Petitioner's impairments alone and in combination, in light of the updated evidence as a whole, to determine whether she met or equaled Listing 1.02A at any time during the period at issue in the remanded case; 4) as necessary, obtain medical expert testimony to clarify the nature and severity of Petitioner's impairments; 5) as necessary, obtain vocational expert testimony; and 6) complete any other action necessary to develop the record and issue a new decision.



DATED: **June 19, 2007**.

Honorable Larry M. Boyle
U. S. Magistrate Judge

Page 1        ORDER